UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **CV 19-8521 FMO (PLAx)** | Date | **January 2, 2020** |
|----------|---------------------------|------|---------------------|
| Title | **Marcella Arellano, et al. v. TJs Cycle Sales and Service, et al.** | | |

Present: The Honorable     Fernando M. Olguin, United States District Judge

| Cheryl Wynn | None Present |
|-------------|--------------|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution**

        The court, on its own motion, orders the Third-Party Plaintiff to show cause in writing on or before **January 15, 2020**, why the Third-Party Complaint should not be dismissed as to the following defendant for lack of prosecution.  Pursuant to Fed. R. Civ. P. 78(b), the court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of:

X     Proof of service of summons and complaint upon the following Third-Party Defendant:
     **Speed & Strength, Inc.**

X     An answer by the following Third-Party Defendant:
     **Speed & Strength, Inc.**

on or before the date indicated above.  Failure to file a timely response to this Order to Show Cause shall result in the action or the above defendant(s) being dismissed for lack of prosecution and for failure to comply with the orders of the court.  See Local Rule 41; Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|   | 00 | : | 00 |
|---|----|----|----|
| Initials of Preparer | | cw | |